# United States Court of Appeals for the Federal Circuit

---

**ARTHUR LOPEZ,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1426

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01166-EHM, Judge Edward H. Meyers.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered December 14, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

February 6, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court